# Court of Appeals
# of the State of Georgia

ATLANTA,  April 21, 2025

*The Court of Appeals hereby passes the following order:*

**A25E0096. JANEA SUSAN COX v. BRIAN ALAN COX.**

Upon consideration of Janea Susan Cox's emergency motion for an extension of time to file a discretionary application from the trial court's March 21, 2025 order, the motion is hereby GRANTED, and Cox shall have until May 21, 2025 to file a discretionary application. See Court of Appeals Rule 16 (c).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  04/21/2025*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*